

# NUMBER 13-16-00556-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**THE STATE OF TEXAS,**                                                **Appellant,**

**v.**

**BRADLEY WRIGHT,**                                                 **Appellee.**

### On appeal from the County Court at Law No. 2
### of Nueces County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Contreras and Hinojosa
### Memorandum Opinion by Justice Hinojosa

Appellant, the State of Texas, by and through its District Attorney, the Honorable Mark A. Gonzalez, has filed a motion for dismissal of its appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion and dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

LETICIA HINOJOSA
Justice

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
26th day of October, 2017.